1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  RONALD MOORE,                          ) No. 1:13-cv-01005-LJO-MJS
                                           )
12           Plaintiff,                    ) **STIPULATION FOR DISMISSAL OF**
                                           ) **ACTION; ORDER**
13       vs.                               )
                                           )
14  SUKHWINDER S. SINGH dba SUKI'S         )
    AUTO/SHOP GAS; NEENA SINGH aka         )
15  JATINDER SINGH; SUKHWINDER SINGH,      )
                                           )
16           Defendants.                   )
                                           )
17                                         )
                                           )
18  _____)

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

IT IS HEREBY STIPULATED by and between Plaintiff, Ronald Moore, by and through his attorney, and Defendants Sukhwinder S. Singh, individually and dba Suki's Auto/Shop Gas; and Neena Singh aka Jatinder Singh; who are self-represented, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: September 27, 2013         MOORE LAW FIRM, P.C.

                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorney for Plaintiff
                                  Ronald Moore

Dated: September 27, 2013         */s/ Neena Singh*
                                  Neena Singh aka Jatinder Singh
                                  Defendant in Pro Per

Dated: September 27, 2013         */s/ Sukhwinder Singh*
                                  Sukhwinder Singh, individually and dba
                                  Suki's Auto/Shop Gas
                                  Defendant in Pro Per

I attest that the original signatures of the persons whose electronic signatures are shown above are maintained by me, and that their concurrence in the filing of this document and attribution of their signature was obtained.

                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore, Attorney for
                                  Plaintiff, Ronald Moore

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **September 27, 2013**              **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE